# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |
| Lordstown Motors Corp. and Lordstown EV Corporation,<br><br>                     Plaintiffs,<br><br>-against-<br><br>Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, and Foxconn EV System LLC<br><br>                     Defendants. | Adv. Pro. No. 23-50414 (MFW)<br><br>**Re: Adv. Proc. D.I. 8** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION EXTENDING OBJECTION AND REPLY DEADLINES IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS

       Lordstown Motors Corp. ("**Lordstown**" or "**Company**") and Lordstown EV Corporation (collectively, "**Plaintiffs**"), by and through the undersigned counsel, hereby certify as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101) (collectively, the "**Debtors**"). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

1. On June 27, 2023, Plaintiffs (and together with the above-captioned defendants ("**Defendants**"), the "**Parties**") filed the *Complaint* [Adv. Proc. D.I. 1] with the United States Bankruptcy Court for the District of Delaware.

2. On September 29, 2023, Defendants filed their *Motion to Dismiss All Counts of the Adversary Complaint* [Adv. Proc. D.I. 8] (the "**Motion to Dismiss**"), to which Plaintiffs' initial deadline to object is October 13, 2023 (the "**Objection Deadline**") and Defendants' initial deadline to reply is October 20, 2023 (the "**Reply Deadline**").

3. The Parties have engaged in discussions regarding the Motion to Dismiss, the Objection Deadline, and Reply Deadline, and agreed to extend the Objection Deadline and Reply Deadline as set forth in the proposed form of order attached hereto as **Exhibit A** (the "**Proposed Order**") and the stipulation (the "**Stipulation**") attached thereto as Exhibit 1.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** approving the stipulation.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: October 12, 2023<br>Wilmington, Delaware | */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (Bar No. 3087)<br>Morgan L. Patterson (Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>       morgan.patterson@wbd-us.com<br><br>- and –<br><br>**WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com |

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Counsel for Plaintiffs*